May 14, 2004

Ms. Sharon E. Callaway
Crofts & Callaway, P.C.
112 East Pecan Street, Suite 800
San Antonio, TX 78205-1578
Mr. Richard V. Secord
Yanta & Mata
16010 University Oak, Ste. 104
San Antonio, TX 78249-4013

RE: Case Number: 02-0300
 Court of Appeals Number: 13-00-00686-CV
 Trial Court Number: C-1971-99-D

Style: RAMIRO GARZA AND J&R VALLEY OILFIELD SERVICES, INC.
 v.
 INES GONZALEZ GARCIA

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. Justice Jefferson not sitting.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Pauline G. |
| |Gonzalez |
| |Ms. Cathy Wilborn |